(No. 75-CC-555— )

CENTRAL OFFICE EQUIPMENT CO., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF MENTAL HEALTH &
DEVELOPMENTAL DISABILITIES, Respondent.

*Opinion filed February 4, 1975.*

CENTRAL OFFICE EQUIPMENT CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-572— )

ANGELICA UNIFORM GROUP, INC., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed February 4, 1975.*

ANGELICA UNIFORM GROUP, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.